# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

DALE STOCKTON,

     Plaintiff

v.

RPD,

     Defendant

Case No.: 3:25-cv-00312-ART-CSD

**Order**

Re: ECF No. 1

Plaintiff filed an application to proceed *in forma pauperis* (IFP) (ECF No. 1); however, it was not accompanied by a complaint. The Clerk shall **SEND** Plaintiff a form civil rights complaint. Plaintiff has up to and including **August 19, 2025,** to file a complaint, or his IFP application will be denied, and this action dismissed without prejudice. *See* Fed. R. Civ. P. 3 ("A civil action is commenced by filing a complaint with the court.").

**IT IS SO ORDERED**.

Dated: July 29, 2025

Craig S. Denney
United States Magistrate Judge