UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DALE STOCKTON,

        Plaintiff,

  v.

RENO POLICE DEPARTMENT,

        Defendant.

Case No. 3:25-cv-00312-ART-CSD

ORDER

      Before the Court is Mr. Stockton's application to proceed *in forma pauperis* ("IFP") (ECF No. 1). Magistrate Judge Crag S. Denney issued a Report and Recommendation ("R&R") recommending that Mr. Stockton's application to proceed IFP be denied because he did not file a complaint.

      Under the Federal Magistrates Act, a court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by [a] magistrate judge." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, then the court is required to "make a *de novo* determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1). A court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

      Plaintiff has not filed an objection to the magistrate judge's R&R and his time to do so has now expired. (ECF No. 4.)

      After receiving Mr. Stockton's IFP application, the magistrate judge directed the Clerk to send Mr. Stockton a form civil rights complaint and gave him until August 19, 2025, to file a complaint. The magistrate judge warned Mr. Stockton that his failure to do so would result in a denial of his IFP application and the

1

dismissal of his action without prejudice. Mr. Stockton has still not filed a complaint. The Court agrees with the magistrate judge's reasoning and adopts his R&R in full.

I.  **CONCLUSION**

It is therefore ordered that Mr. Stockton's application to proceed *in forma pauperis*, (ECF No. 1) is DENIED.

It is further ordered that Mr. Stockton's action is DISMISSED.

It is further kindly ordered that the Clerk CLOSE this case.

Dated this 3rd day of October, 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE